# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
                    Appellant,
            vs.
ISIDRO BACA, WARDEN; AND JAMES
DZURENDA, NDOC DIRECTOR
                    Respondents.

No. 79347

**FILED**

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for NRCP Rule 60(b) 1, 3, 4 relief." First Judicial District Court, Carson City; James Todd Russell, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for NRCP 60(b) relief in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                          Silver

cc:   Hon. James Todd Russell, District Judge
      John Francis Arpino
      Attorney General/Carson City
      Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37320